1  TODD R. ALEXANDER, ESQ., NSB #10846
   SARAH M. MOLLECK, ESQ., NSB #13830
2  LEMONS, GRUNDY & EISENBERG
   6005 Plumas Street, Suite 300
3  Reno, Nevada 89519
   (775) 786-6868; (775) 786-9716 (fax)
4  tra@lge.net; smm@lge.net

5  *Attorneys for Defendant Perfusion.Com, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA PHILLIPS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERFUSION.COM, INC., a foreign corporation,<br><br>Defendant. | Case No. 3:20-cv-619-RCJ-CLB<br><br>**ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA PHILLIPS, through her attorneys, William J. Geddes and Kristen R. Geddes, and Defendant PERFUSION.COM, INC., through its attorneys, Todd R. Alexander and Sarah M. Molleck, that the above-entitled action be dismissed in its entirety with prejudice, the parties to bear their respective costs and attorneys' fees.

Dated this 27th day of May 2021.

**THE GEDDES LAW FIRM**
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502

By: _/s/ Kristen R. Geddes_
   WILLIAM J. GEDDES, BAR NO. 6984
   KRISTEN R. GEDDES, BAR NO. 9027

/ / /

/ / /

Dated this 27th day of May 2021.

**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519

By: _/s/ Sarah M. Molleck_
   TODD R. ALEXANDER, BAR NO. 10846
   SARAH M. MOLLECK, BAR NO. 13830

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 28_____, 2021.

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868